myer, J., dissents and votes to modify by striking the word "knowledge" from items 2, 3, 4 and 5 of the demand for a bill of particulars. Bill of particulars to be served within ten days after service of order.

SHELDON WINKLER, an Infant, by BENJAMIN WINKLER, His Guardian ad Litem, et al., Appellants, v. MATTHIAS STERNBERG, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOSEPH W. GROBER, Appellant, v. EAST RIVER MANUFACTURING CO., INC., Respondent.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ROLAND BOTHNER, Respondent, v. ELIZABETH T. KEEGAN, Doing Business as JAMES P. KEEGAN COMPANY, et al., Respondents, and AUTO CAR SALES COMPANY, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the defendants-respondents. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 773.]

SAUL ROTHFELD et al., Copartners Doing Business as DELF ASSOCIATES, Respondents, v. WALES IMPORT CO., INC., et al., Appellants, et al., Defendants.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ISAAC SHULTZ, Respondent, v. MILTON BRAUSE, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DESGA REALTY CORP., Respondent, v. RUPMOR REALTY CORP. et al., Appellants.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DESGA REALTY CORP., Respondent, v. RUPMOR REALTY CORP. et al., Appellants. BLANCHE MORAND, Appellant, v. MAXWELL M. SCHENKEL et al., Respondents. BLANCHE MORAND, Appellant, v. DESIDERIUS GABOR et al., Respondents.— Order unanimously modified by granting the appellant Blanche Morand the right to open and close upon the ground that no exceptional situation has been shown to exist to warrant a departure from the rule of priority of action, and as so modified affirmed, with $20 costs and disbursements to the appellants. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LOUIS FRIEDMAN, Respondent, v. NEWSPAPER ENTERPRISES, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HELENE ORENSTEIN, Respondent, v. RUTH GRUBMAN et al., as Executors of JACOB H. GRUBMAN, Deceased, Appellants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants to answer the complaint within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Appellant, against SELECT OPERATING CORPORATION, Respondent.— Order unanimously reversed, with costs and disbursements, and the motion granted on the ground